

Terrence L. O'Brien                                                    Judge, Tenth Circuit

August 14, 2006

RECEIVED 2001 AUG 20 A 11: 56 FINANCIAL DISCLOSURE OFFICE

Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

RE: Financial Disclosure Report, CY 2003

Dear Judge Smith,

I am responding to your letter of August 10, 2006 (received today) regarding an error in my financial disclosure report for calendar year 2006. I thank the committee for its oversight review.

One item in my report was listed as deficient, requiring a response. I failed to identify the financial institution where IRA#2 money market account is held (Section VII, page 4, line 16). The account is held at TD Ameritrade (formerly TD Waterhouse).

I apologize for the error and hope this explanation is sufficient. As instructed I am sending three signed copies of this response.

Yours, 

---

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  O'Brien, Terrence L | 2. Court or Organization  Tenth Circuit | 3. Date of Report  05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  U.S. Court of Appeals  2120 CareyAve., STE 200  Cheyenne, WY 82001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2007 MAY 15 A 11: 13
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Wyoming - Judicial Retirement | $ 25,599.67 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Air fare to Tanzania; lodging & meals in Hawaii | Marian Rochelle | $ 12,018 |
| 2. | Seasonal gifts (Birthday, Christmas, etc) | Marian Rochelle | $ 600.00 |
| 3. | Africa Trip & Air fare to Hawaii | April Brimmer Kunz | $ 5663.00 |
| 4. | Seasonal gifts (Birthday, Christmas, etc.) | April Brimmer Kunz | $ 900.00 |
| 5. | Airfare to Phoenix (3 trips) | April Brimmer Kunz | $ 786.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Park City, UT 1/29/1999 - $195,000.00 | E | Rent | | T | Sell | 12/27 | N | G | |
| 2. IRA#1 Nationwide Templeton Foreign Fund TFFAX | A | Distribution | K | T | | | | | |
| 3. IRA#1 Artisan Mid Cap ARTMX | A | Dividend | K | T | | | | | |
| 4. IRA#1 Janus Mid Cap Value Fund JMCVX | A | Dividend | K | T | | | | | |
| 5. IRA #1 Nationwide American Century Ultra TWUIX | A | Distribution | K | T | | | | | |
| 6. IRA #1 Dreyfus Money Market Reserves | A | Distribution | J | T | | | | | |
| 7. IRA#2 AMZN | A | Dividend | J | T | | | | | |
| 8. IRA#2 IMN | A | Dividend | J | T | | | | | |
| 9. IRA #2 MCRL | A | Dividend | J | T | | | | | |
| 10. IRA#2 MSFT | A | Dividend | J | T | | | | | |
| 11. IRA #2 MMM | A | Dividend | J | T | | | | | |
| 12. IRA #2 NSM | A | Dividend | J | T | | | | | |
| 13. IRA #2 SLR | A | Dividend | J | T | | | | | |
| 14. IRA #2 CVX | A | Dividend | J | T | | | | | |
| 15. IRA#2 TYC | A | Dividend | J | T | | | | | |
| 16. IRA#2 Money Market Account | A | Interest | J | T | | | | | |
| 17. A (TDW) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Brien, Terrence L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMX | A | Dividend | J | T | | | | | |
| 19. BIIB | A | Dividend | J | T | | | | | |
| 20. BMY | A | Dividend | J | T | | | | | |
| 21. CSCO | A | Dividend | J | T | | | | | |
| 22. CAG | A | Dividend | J | T | | | | | |
| 23. DPHIQ | A | Dividend | J | T | | | | | |
| 24. FDX | A | Dividend | K | T | | | | | |
| 25. GE | A | Dividend | J | T | | | | | |
| 26. GLW | A | Dividend | K | T | | | | | |
| 27. GM | A | Dividend | J | T | | | | | |
| 28. GT | A | Dividend | J | T | | | | | |
| 29. HPQ | A | Dividend | J | T | | | | | |
| 30. INTC | A | Dividend | K | T | | | | | |
| 31. MSFT | A | Dividend | K | T | | | | | |
| 32. MIPS | A | Dividend | J | T | | | | | |
| 33. PG | A | Dividend | K | T | | | | | |
| 34. RTN was RTNA | A | Dividend | J | T | Symbol Chang | | | | See 2005 line 34 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TMX | A | Dividend | J | T | | | | | |
| 36. WMB | A | Dividend | J | T | | | | | |
| 37. VRGY | A | Dividend | J | T | Spinoff | 11/02 | J | A | from Agilent (A) |
| 38. WPJGX | A | Dividend | J | T | | | | | |
| 39. CMFUZ Money Mkt Acct | A | Interest | J | T | | | | | |
| 40. T Rowe Price Science PRSCX | A | Dividend | J | T | | | | | |
| 41. Focus Growth AMOAX was GRTAX | A | Distribution | K | T | Class Exch | 10/20 | K | A | was GRTAX |
| 42. MS Information Fund IFOAX | A | Dividend | J | T | | | | | |
| 43. MS Capital Opportunity Trust A CPOAX | A | Distribution | J | T | | | | | |
| 44. MS Capital Opportunity Trust B CPOBX | A | Distribution | J | T | | | | | |
| 45. MS Pacific Growth Fund A TGRAX | A | Distribution | K | T | | | | | |
| 46. VRGY | A | Dividend | J | T | Spinoff | 11/01 | J | A | from Agilent (A) |
| 47. A (Fidelity) | A | Dividend | J | T | | | | | |
| 48. BRKB | A | Dividend | J | T | | | | | |
| 49. BKH | A | Dividend | K | T | | | | | |
| 50. FSLB | A | Dividend | | | Sold | 12/04 | J | A | |
| 51. HOG was HDI | A | Dividend | K | T | Name Change | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
(See Column C2)     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
    U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. JDSU | A | Dividend | | | Sold | 03/20 | J | A | |
| 53. MHS | A | Dividend | | | Sold | 3/20 | J | A | |
| 54. MRK | A | Dividend | J | T | | | | | |
| 55. MSFT (Fidelity) | A | Dividend | J | T | | | | | |
| 56. MOT | A | Dividend | J | T | | | | | |
| 57. SPI | A | Dividend | K | T | | | | | |
| 58. TXN | A | Dividend | J | T | | | | | |
| 59. WFC | A | Dividend | K | T | | | | | |
| 60. YUM | A | Dividend | J | T | | | | | |
| 61. FCNTX | A | Dividend | J | T | | | | | |
| 62. FHIGX | A | Dividend | L | T | | | | | |
| 63. FMAGX | A | Dividend | M | T | | | | | |
| 64. FTEXX Money Mkt Acct | A | Interest | L | T | | | | | |
| 65. Indiana State Def Fin auth Wtr Fac Am Water Project Bonds | A | Interest | | | Redeemed | 12/01 | J | A | |
| 66. PTHAX | A | Interest | J | T | | | | | |
| 67. VKMHX | A | Interest | J | T | | | | | |
| 68. EDJ Money Mkt Acct | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 69. PFL Annuity #1 | A | Interest | K | T | | | | | |
| 70. PFL Annuity #2 | A | Interest | K | T | | | | | |
| 71. PFL Annuity #3 | A | Interest | K | T | | | | | |
| 72. Checking Gillettete, WY | A | Interest | K | T | | | | | |
| 73. Savings Gillette, WY | B | Interest | M | T | | | | | |
| 74. Checking - Park City, Utah | A | Interest | J | T | | | | | |
| 75. Checking #2 | A | Interest | K | T | | | | | |
| 76. Savings #2 | A | Interest | M | T | | | | | |
| 77. U S Coins | | None | J | T | | | | | |
| 78. U.S. Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'Brien, Terrence L | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign _____ Date  May 14, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544